UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)

CASE NO.: 9:14-CV-81013-JIC

LUCIEN KESNEL,

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. The court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the court's entry of an order retaining jurisdiction. *See* Anago Franchising, Inc. v. Shaz, LLC, 677 F. 3d 1272 (11th Cir. 2012).

## CONSENT OF COUNSEL FOR OTHER PARTIES

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for represents to the Court that counsel for the other parties listed below have authorized him to affix his electronic signature to this Joint Stipulation for Final Order of Dismissal.

1078204.1

/s/R. Carter Burgess
R. Carter Burgess, Esq.
Florida Bar # 58298
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4499 (telephone)
(904) 212-1828 (facsimile)
cburgess@mcglinchey.com
mmoreau@mcglinchey.com
**Attorneys for Defendant SPS**


/s/ Sahily Serradet
Sahily Serradet, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL  33130
mtp@lgplaw.com
**Attorneys for Bank of America, N.A**


/s/ Bryan Hull
Bryan D. Hull, Esquire
Bush Ross, P.A.
P.O. Box 3913
1801 N. Highland Avenue
Tampa, FL  33602-3913
bhull@bushross.com
**Attorneys for McGlinchey Stafford, PLLC**


/s/ Michael Bakst
Michael Bakst, Esq.
One Clearlake Centre
250 South Australian Ave., Suite 700
West Palm Beach, FL 33401
Michael.bakst@gmlaw.com
**Attorney for Chapter 7 Trustee for Estate of Kesnel Lucien[1]**

---

[1] It should be noted that Michael Bakst, Esq. has not made an appearance in the action.  However, Plaintiff Kesnel Lucien's claim became part of his Chapter 7 Bankruptcy Estate upon the filing of the Bankruptcy Petition.  As a result, Chapter 7 Trustee Deborah Menotte for the Estate of Kesnel Lucien is the real party in interest in this action and has obtained approval of the United States Bankruptcy Court, Southern District of Florida, to dismiss this action.

1078204.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on March 11, 2015, with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via e-mail on the following parties:

Sahily Serradet, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
mtp@lgplaw.com
**Attorneys for Bank of America, N.A.**

Bryan D. Hull, Esquire
Bush Ross, P.A.
P.O. Box 3913
1801 N. Highland Avenue
Tampa, FL 33602-3913
bhull@bushross.com
**Attorneys for McGlinchey Stafford, PLLC**

Michael Bakst, Esq.
One Clearlake Centre
250 South Australian Ave., Suite 700
West Palm Beach, FL 33401
Michael.bakst@gmlaw.com
**Attorney for Chapter 7 Trustee for Estate of Kesnel Lucien**


                                        /s/R. Carter Burgess
                                        R. Carter Burgess

1078204.1